IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00156-BNB

NORMAN SHAW JR.,

    Plaintiff,

v.

DR. ALLRED, USP Florence,
NURSE GRISMER, FCI El Reno, and
CHARLIE KUDLAUSKAS, FCI El Reno,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 3 1 2010

GREGORY C. LANGHAM
CLERK

## ORDER TO DISMISS IN PART AND TO DRAW CASE TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

Plaintiff, Norman Shaw Jr., is in the custody of the United States Bureau of Prisons and currently is incarcerated at the Federal Correctional Institution in Florence, Colorado. On January 14, 2010, Mr. Shaw submitted to the Court a *pro se* Prisoner Complaint asserting violations of his constitutional rights. Mr. Shaw asserts that Defendants have denied him a lower bunk assignment even though he has medical disabilities. Mr. Shaw further asserts that Defendants are violating his rights under the Americans with Disabilities Act. Plaintiff seeks money damages.

With respect to the claims asserted against Defendant Dr. Allred, the action will be assigned to District Judge Marcia S. Krieger, pursuant to D.C.COLO.LCivR 40.1C.1, and to Magistrate Judge Michael E. Hegarty.

As for the claims asserted against Defendants Nurse Grismer and Charlie Kudlauskas, this Court lacks proper venue to review the claims. Under 28 U.S.C. § 1391, the statute that provides for venue, paragraph (b) states that:

> A civil action wherein jurisdiction is not founded solely on diversity of citizenship may, except as otherwise provided by law, be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

Because the actions by Defendants Grismer and Kudlauskas occurred in El Reno, Oklahoma, venue is improper in this Court. Therefore, Defendants Grismer and Kudlauskas, and the claims asserted against them, will be dismissed. Accordingly, it is

ORDERED that Defendants Nurse Grismer and Charlie Kudlauskas are dismissed from the action. It is

FURTHER ORDERED that the Clerk of the Court shall remove Defendants Nurse Grismer and Charlie Kudlauskas from the docketing record as parties to this action. It is

FURTHER ORDERED that the claims asserted against Defendant Dr. Allred and the action shall be assigned to District Judge Marcia S. Krieger, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Michael E. Hegarty.

DATED: March 30, 2010.

BY THE COURT:

CHRISTINE M. ARGUELLO,
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00156-BNB

Norman Shaw
Reg No. 13155-006
FCI - Florence
P.O. Box 6000
Florence, CO 81226-6000

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  3/31/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk