IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00156-MSK-MEH

NORMAN SHAW, JR.,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 8 2010

GREGORY C. LANGHAM
CLERK

Plaintiff,

v.

DR. ALLRED, USP Florence,

Defendant.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to

proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted

the Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the

Defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint,

summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon

the Defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these

documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United

States. It is

FURTHER ORDERED that the Defendant or counsel for the Defendant shall respond to the

complaint as provided for in the Federal Rules of Civil Procedure after service of process on the

Defendant.

Dated this 26th day of April, 2010, in Denver, Colorado.

BY THE COURT:

Michael E. Hegarty
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00156-MSK-MEH

Norman Shaw, Jr.
Reg. No. 13155-006
FCI - Florence
PO Box 6000
Florence, CO 81226

US Marshal Service
Service Clerk
Service forms for: Dr. Allred

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530


      I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Dr. Allred; to United States Attorney General; and to the United States Attorney's Office: COMPLAINT FILED 1/25/10, ORDER FILED 3/30/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on 4/28/10      .

                                      GREGORY C. LANGHAM, CLERK

                                      By:_____
                                                    Deputy Clerk